# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JANET REEP and BRYAN W. REEP**

**Plaintiffs**

v.                                                      Case No.  8:04-cv-1415-T-30MSS

**BUSCH ENTERTAINMENT CORPORATION,**
**d/b/a BUSCH GARDENS**

**Defendant.**

_____

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**        This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant, Busch Entertainment Corporation, d/b/a Busch Gardens and against the Plaintiffs, Janet Reep and Bryan W. Reep.

Date:   October 10, 2006                      SHERYL L. LOESCH, CLERK


By:  S. Boswell, Deputy Clerk